# United States District Court
# Eastern District of California

Systems Integration Specialists, Inc.

Plaintiff(s)

V.

Magnit, LLC

Defendant(s)

Case Number: 2:26-cv-02130-JAM-AC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Christopher W. Tackett hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Systems Integration Specialists, Inc.

On 11/07/2011 (date), I was admitted to practice and presently in good standing in the Ohio Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/29/2026 Signature of Applicant: /s/ Christopher W. Tackett

**Pro Hac Vice Attorney**

Applicant's Name: Christopher W. Tackett

Law Firm Name: Bailey Cavalieri LLC

Address: 10 W. Broad Street

Suite 2100

City: Columbus State: Ohio Zip: 43215

Phone Number w/Area Code: (614) 229-3286

City and State of Residence: Dublin, Ohio

Primary E-mail Address: ctackett@baileycav.com

Secondary E-mail Address: ______________________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Derek C. Decker

Law Firm Name: Krogh & Decker, LLP

Address: 2485 Natomas Park Drive

Suite 550

City: Sacramento State: California Zip: 95833

Phone Number w/Area Code: (916) 498-9000 Bar # 232243

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 16, 2026

JUDGE, U.S. DISTRICT COURT